# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA WHITNEY and HAROLD WHITNEY,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No.: 4:11-cv-02894-SBA<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE RULE 16(b) SCHEDULING CONFERENCE & ASSOCIATED DEADLINES**<br><br>Complaint filed: April 14, 2011 |

For good cause shown by the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the Initial Case Management Conference and related Case Management Statement previously ordered for October 26, 2011 at 3:45 p.m. be continued to *1/11/12 at 3:30 p.m.*, and that the deadline for filing a Joint Rule 26(f) Report previously ordered for September 13, 2011 be continued to *12/14/11*.

1  *Plaintiffs are responsible for filing joint statement no less than seven (7) days prior to*
2  *the conference date. The joint statement shall comply with the Standing Order for All*
3  *Judges of the Northern District of California and the Standing Orders of this Court.*
4  *Plaintiffs are responsible for setting up the conference call. On the specified date and*
5  *time, Plaintiffs shall call (510) 637-3559 with all parties on the line.*

7  Date: 9/9/11

9  _____
   HON. SAUNDRA BROWN ARMSTRONG
10 **UNITED STATES DISTRICT COURT JUDGE**

[PROPOSED] ORDER                    - 2 -