1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MINERVA WHITNEY and HAROLD WHITNEY,<br><br>        Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Defendant. | Case No.: 4:11-cv-02894-SBA<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE RULE 16(b) SCHEDULING CONFERENCE & ASSOCIATED DEADLINES**<br><br>Complaint filed:  April 14, 2011 |
|---|---|

    For good cause shown by the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the Initial Case Management Conference and related Case Management Statement previously ordered for October 26, 2011 at 3:45 p.m. be continued to ***1/11/12 at 3:30 p.m.***, and that the deadline for filing a Joint Rule 26(f) Report previously ordered for September 13, 2011 be continued to ***12/14/11***.

1  *Plaintiffs are responsible for filing joint statement no less than seven (7) days prior to*
2  *the conference date.  The joint statement shall comply with the Standing Order for All*
3  *Judges of the Northern District of California and the Standing Orders of this Court.*
4  *Plaintiffs are responsible for setting up the conference call.  On the specified date and*
5  *time, Plaintiffs shall call (510) 637-3559 with all parties on the line.*

7  Date: 9/9/11

9  _____
   HON. SAUNDRA BROWN ARMSTRONG
10 **UNITED STATES DISTRICT COURT JUDGE**

[PROPOSED] ORDER                - 2 -