UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MINERVA WHITNEY and HAROLD WHITNEY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | Case No. 4:11-cv-02894-YGR<br><br>~~[PROPOSED]~~ **SCHEDULING ORDER**<br><br>**(AS MODIFIED BY THE COURT)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 14, 2011 |
|---|---|

|  | **Deadline** |
|---|---|
| Deadline for Filing Motions to Amend the Complaint or to Join Additional Parties | 3/19/2012 |
| Deadline for Plaintiff to Serve Completed Plaintiff Fact Sheet with Accompanying Authorizations | 4/15/2012 |
| Deadline for Defendant to Serve Completed Defendant Fact Sheet (proposed by Plaintiff) | 5/15/2012 |
| Close of Fact Discovery | 10/5/2012 |
| Deadline for Plaintiff's Rule 26(a)(2)(A) Expert Disclosures | 11/5/2012 |
| Deadline for NPC's Rule 26(a)(2)(A) Expert Disclosures | 12/5/2012 |
| Deadline for Rebuttal Testimony Expert Disclosures | 1/7/2013 |
| Deadline for Completion of Court-Connected Mediation | 1/25/2013 |

27044\2989289.1

|  | **Deadline** |
|---|---|
| Close of Expert Discovery | 3/8/2013 |
| Deadline for *Daubert* Motions Challenging Expert Testimony and/or Motions for Summary Judgment | 4/9/2013 |
| Deadline for *Daubert* Oppositions to Motions Challenging Expert Testimony and/or Motions for Summary Judgment | 4/23/2013 |
| Deadline for Replies in Support of *Daubert* Motions Challenging Expert Testimony and/or Motions for Summary Judgment | 4/30/2013 |
| Hearing on *Daubert* Motions and/or Motions for Summary Judgment | 5/14/2013 |
| Deadline for Parties to Meet and Confer Regarding Pre-Trial Statement and Deadlines for Additional Pre-Trial Activities | 7/12/2013 |
| Deadline to Exchange Motions *in Limine* | 7/19/2013 |
| Deadline to Exchange Exhibits, etc. | 7/19/2013 |
| Pre-Trial Statement, Disputed Motions *in Limine* | 8/2/2013 |
| Deadline for Oppositions to Motions *in Limine* | 8/7/2013 |
| Trial Readiness Filings and Proposed Order; Chambers copies of Disputed Motions *in Limine* | 8/9/2013 |
| Pretrial Conference | 8/16/2013 |
| Trial | 9/3/2013 |

Dated: March 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**