UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MINERVA WHITNEY, et al., | |
|---|---|
| Plaintiffs, | Case No. 11-cv-02894-JST |
| v. | **SCHEDULING ORDER** |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

The Court hereby sets the following case schedule deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| **Dispositive motion filing date:** | **April 30, 2013** |
| **Opposition due:** | **May 23, 2013** |
| **Reply due:** | **June 6, 2013** |
| **Motion hearing:** | **June 27, 2013 at 2:00 p.m.** |

Counsel may not stipulate to modify the foregoing dates without Court approval. The parties shall comply at all times with the standing orders of this Court, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation. The parties should proceed to prepare their cases for trial. No continuance (even if stipulated)

1  shall be granted on the ground of incomplete preparation without competent and detailed
2  declarations setting forth good cause.
3
4  Dated: March 28, 2013
5  
   _____
6  Jon S. Tigar
   United States District Judge