Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Rebecca A. Womeldorf (admitted *pro hac vice*)
Ranjit S. Dhindsa (admitted *pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

GIRARDI | KEESE
John A. Girardi (SBN 54917)
jgirardi@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Tel:     (213) 977-0211
Fax:     (213) 481-1554

*Attorney for Plaintiffs*
*Minerva and Harold Whitney*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA WHITNEY and HAROLD WHITNEY,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 3:11-cv-02894-JST<br><br>**JOINT STIPULATION TO EXTEND ALL DEADLINES 45 DAYS IN ANTICIPATION OF DISMISSAL**<br><br>Judge:  Hon. Jon S. Tigar<br><br>Complaint filed:  April 14, 2011 |

27044\3632536.1

1     **WHEREAS,** on February 12, 2013, the above captioned case was reassigned from Judge

2     Yvonne Gonzalez Rogers to Judge Jon S. Tigar (Dkt. No. 59).  Subsequent to this reassignment,

3     the Court issued a Scheduling Order requiring dispositive and *Daubert* motions to be filed by

4     April 30, 2013 (Dkt. No. 68).

5     **WHEREAS,** on April 4, 2013, counsel for defendant wrote to plaintiffs' counsel

6     requesting voluntary dismissal of the above-captioned case, with each party bearing its own costs.

7     Plaintiffs' counsel subsequently agreed that the case is appropriate for dismissal, but plaintiffs'

8     counsel may not be able to effectuate the dismissal prior to the April 30, 2013, briefing deadline.

9     Until yesterday, plaintiffs' counsel was engaged in the trial of *Georges v. Novartis*

10    *Pharmaceuticals Corporation*, No. 2:06-cv-05207-SJO-VBK (C.D. Cal.), in the Central District

11    of California.

12     **WHEREAS,** the parties agree that staying all deadlines previously set by this Court by 45

13    days is appropriate in light of plaintiffs' impending voluntary dismissal.  This stay will prevent

14    the unnecessary expenditure of this Court's time and resources.  This stay will also prevent

15    defendant from undertaking the substantial cost and effort required for dispositive and *Daubert*

16    briefings that will be rendered moot by plaintiffs' dismissal.

17                                 **STIPULATION**

18     **THEREFORE,** the parties hereby stipulate, by and through counsel of record, that all

19    /////

20    /////

21    /////

22    /////

23    /////

24    /////

25    /////

26    /////

27    /////

28    /////

1    */////*

2    upcoming deadlines be stayed 45 days while plaintiffs execute dismissal of the above-captioned

3    case.

4    Date:  April 25, 2013                               Respectfully submitted,

5    /s/Sandra A. Edwards                         /s/ John A. Girardi

6    James A. Bruen (State Bar No. 43880)          John A. Girardi (State Bar No. 54917)
     (jbruen@fbm.com)                             (jgirardi@girardikeese.com)

7    Sandra A. Edwards (State Bar No. 154578)     GIRARDI & KEESE
     (sedwards@fbm.com)                         1126 Wilshire Blvd.

8    FARELLA BRAUN & MARTEL LLP        Los Angeles, CA 90017-1904
     235 Montgomery Street, 17th Floor          Telephone:  (213) 977-0211

9    San Francisco, CA  94104                 Facsimile: (213) 481-1554
     Telephone:  (415) 954-4400

10   Facsimile:  (415) 954-4480

11   Rebecca A. Womeldorf                       *Attorney for Plaintiffs*
    (rwomeldorf@hollingsworthllp.com)        *Minerva and Harold Whitney*

12   HOLLINGSWORTH LLP
    1350 I Street, NW

13   Washington, D.C. 20005
    Telephone: (202) 898-5800

14   Facsimile: (202) 682-1639

15   *Attorneys for Defendant*
    *Novartis Pharmaceuticals Corporation*

16

17      IT IS SO ORDERED.

18       Dated:  April 25, 2013

19

20                                 The Hon. Jon S. Tigar
                               United States District Court Judge

21

22

23

24

25

26

27

28