Katharine R. Latimer (admitted *pro hac vice*)
(klatimer@hollingsworthllp.com)
Rebecca A. Womeldorf (admitted *pro hac vice*)
Ranjit S. Dhindsa (admitted *pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

James A. Bruen (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

GIRARDI | KEESE
John A. Girardi (SBN 54917)
jgirardi@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Tel:    (213) 977-0211
Fax:    (213) 481-1554

*Attorney for Plaintiffs*
*Minerva and Harold Whitney*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA WHITNEY and HAROLD WHITNEY,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 3:11-cv-02894-JST<br><br>**JOINT STIPULATION TO EXTEND ALL DEADLINES 45 DAYS IN ANTICIPATION OF DISMISSAL**<br><br>Judge:  Hon. Jon S. Tigar<br><br>Complaint filed:  April 14, 2011 |

27044\3632536.1

1 **WHEREAS,** on February 12, 2013, the above captioned case was reassigned from Judge
2 Yvonne Gonzalez Rogers to Judge Jon S. Tigar (Dkt. No. 59).  Subsequent to this reassignment,
3 the Court issued a Scheduling Order requiring dispositive and *Daubert* motions to be filed by
4 April 30, 2013 (Dkt. No. 68).

5 **WHEREAS,** on April 4, 2013, counsel for defendant wrote to plaintiffs' counsel
6 requesting voluntary dismissal of the above-captioned case, with each party bearing its own costs.
7 Plaintiffs' counsel subsequently agreed that the case is appropriate for dismissal, but plaintiffs'
8 counsel may not be able to effectuate the dismissal prior to the April 30, 2013, briefing deadline.
9 Until yesterday, plaintiffs' counsel was engaged in the trial of *Georges v. Novartis*
10 *Pharmaceuticals Corporation*, No. 2:06-cv-05207-SJO-VBK (C.D. Cal.), in the Central District
11 of California.

12 **WHEREAS,** the parties agree that staying all deadlines previously set by this Court by 45
13 days is appropriate in light of plaintiffs' impending voluntary dismissal.  This stay will prevent
14 the unnecessary expenditure of this Court's time and resources.  This stay will also prevent
15 defendant from undertaking the substantial cost and effort required for dispositive and *Daubert*
16 briefings that will be rendered moot by plaintiffs' dismissal.

17 **STIPULATION**

18 **THEREFORE,** the parties hereby stipulate, by and through counsel of record, that all
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**JOINT STIPULATION TO EXTEND ALL
DEADLINES 45 DAYS IN ANTICIPATION OF                  - 1 -                          27044\3632536.1
DISMISSAL** - Case No. 3:11-cv-02894-JST

1  /////

2  upcoming deadlines be stayed 45 days while plaintiffs execute dismissal of the above-captioned

3  case.

4  Date: April 25, 2013                                           Respectfully submitted,

5  /s/Sandra A. Edwards                                           /s/ John A. Girardi
   James A. Bruen (State Bar No. 43880)                           John A. Girardi (State Bar No. 54917)
6  (jbruen@fbm.com)                                               (jgirardi@girardikeese.com)
   Sandra A. Edwards (State Bar No. 154578)                       GIRARDI & KEESE
7  (sedwards@fbm.com)                                             1126 Wilshire Blvd.
   FARELLA BRAUN & MARTEL LLP                                     Los Angeles, CA 90017-1904
8  235 Montgomery Street, 17th Floor                              Telephone: (213) 977-0211
   San Francisco, CA 94104                                        Facsimile: (213) 481-1554
9  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
10
                                                                  *Attorney for Plaintiffs*
11 Rebecca A. Womeldorf                                           *Minerva and Harold Whitney*
   (rwomeldorf@hollingsworthllp.com)
12 HOLLINGSWORTH LLP
   1350 I Street, NW
13 Washington, D.C. 20005
   Telephone: (202) 898-5800
14 Facsimile: (202) 682-1639

15 *Attorneys for Defendant*
   *Novartis Pharmaceuticals Corporation*

16

17         IT IS SO ORDERED.

18         Dated:  April 25, 2013

19
                                                                  _____
20                                                                The Hon. Jon S. Tigar
                                                                  United States District Court Judge

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO EXTEND ALL DEADLINES 45 DAYS IN ANTICIPATION OF DISMISSAL** - Case No. 3:11-cv-02894-JST          - 2 -                                    27044\3632536.1