# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MINERVA WHITNEY and HAROLD WHITNEY,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 4:11-cv-02894-JST<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION OF DISMISSAL**<br><br><br>Complaint filed: April 14, 2011 |

For good cause shown by the parties' Stipulation, **IT IS HEREBY ORDERED THAT** this lawsuit is voluntarily dismissed with prejudice as to all claims, with each party to bear her/its own costs associated with this lawsuit.

Date:    June 11    , 2013

_____
**Hon. Jon S. Tigar**
**UNITED STATES DISTRICT COURT JUDGE**